GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

JESSE J. GARCIA (CSBN 061223)
Attorney for Defendant
NARESH NAYYAR

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR-03-40200-SBA |
| Plaintiffs, | ) |
| | ) (PROPOSED) ORDER |
| vs. | ) EXONERATING BOND AND |
| | ) RECONVEYANCE OF PROPERTY |
| | ) |
| NARESH NAYYAR | ) Judge Saundra Brown Armstrong |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY ORDERED that the United States District Court Clerk reconvey the property commonly known as 3718 Down Circle, City of Union City, County of Alameda, State of California 94587, to Verinder Nayyar and Indra Nayyar.

Dated: 10/18/12        _____
                       DISTRICT JUDGE SAUNDRA BROWN ARMSTRONG